**Affirmed and Memorandum Opinion filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00946-CR

---

### GERRON BENARD SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 13CR0784**

---

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for possession with intent to distribute a controlled substance. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim.

App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On July 5, 2016, appellant filed a pro se response to counsel's brief

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).